

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00225-CV

| | | |
|---|---|---|
| STEVEN HERNANDEZ, FRANCISCO AZUERO, AND FAMILY HERITAGE LIFE INSURANCE COMPANY OF AMERICA, Appellants | § | On Appeal from the 67th District Court |
| | § | of Tarrant County (067-316824-20) |
| v. | § | February 11, 2021 |
| COMBINED INSURANCE COMPANY OF AMERICA, Appellee | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's injunction order.

We vacate the portion of the injunction order that restrains Appellant Family Heritage Life Insurance Company of America and dissolve the temporary injunction as to Family Heritage.

We reverse the remainder of the trial court's injunction order only as to form, and we remand the case to address the deficiencies identified in our opinion as to paragraphs 19.a., b., c., and d. of the injunction order that restrains Individual

Appellants Steven Hernandez and Francisco Azuero. On remand, the trial court shall, if necessary, resolve Individual Appellants' fifth issue.

Having found that the trial court did not abuse its discretion by finding that (1) the covenants at issue are reasonable and that Appellee Combined Insurance Company of America demonstrated a probable right to relief, (2) Individual Appellants induced or solicited Appellee's policyholders and employees, and (3) Appellee would probably suffer an imminent and irreparable injury, we affirm the remainder of the injunction order.

It is further ordered that Individual Appellants Steven Hernandez and Francisco Azuero shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
　　Justice Dabney Bassel